**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMIT LAMICHHANE,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, *et al.*,<br><br>Respondents. | Case No. 1:26-cv-00324 JLT CDB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. 14) |

Amit Lamichhane, a federal immigration detainee proceeding with counsel, initiated this action by filing a complaint and petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The Court converted Petitioner's contemporaneously filed application for temporary restraining order to a preliminary injunction and granted the preliminary injunction on February 4, 2026, ordering Petitioner's immediate release from custody. (Doc. 11). The petition was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On February 18, 2026, the assigned magistrate judge issued findings and recommendations to grant in part Petitioner's petition for writ of habeas corpus as to Petitioner's procedural due process claim arising under the Fifth Amendment to the U.S. Constitution (Claim 2). (Doc. 14.) The Court served the findings and recommendations on the parties and notified them that any objections were due within 7 days. *Id.* at 14-15. On February 18, 2026,

1

Respondents timely filed objections. (Doc. 15.) Respondents object to the findings and recommendations for the same reasons stated in their previous briefing. *Id.*

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on February 18, 2026 (Doc. 14) are **ADOPTED** in full.

2. The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.

3. The Clerk of the Court is **DIRECTED** enter judgment in favor of Petitioners and to close this case.

IT IS SO ORDERED.

Dated:    **February 21, 2026**

_____
UNITED STATES DISTRICT JUDGE

2